**98–2630.  Wolfe v. Wolfe.**
Montgomery App. No. 17111.  *Sua sponte,* this cause is to be briefed and set for oral argument.

**98–2669.  Page v. Riley.**
Montgomery App. No. 17377.  On request for oral argument.  Request denied.

**98–2694.  State ex rel. Bray v. Russell.**
Warren App. No. CA98–06–068.  On request for oral argument.  Request granted.
 MOYER, C.J., F.E. SWEENEY and COOK, JJ., dissent.
 *Sua sponte,* on motion to consolidate with 99–273, *Haddad v. Russell.*  Motion granted.
 MOYER, C.J., and COOK, J., would dismiss 98–2694 as moot.
 F.E. SWEENEY, J., would deny the motion.

**99–273.  Haddad v. Russell.**
In Habeas Corpus.  This cause originated in this court on a filing of a petition for a writ of habeas corpus.  Upon consideration thereof,
 IT IS ORDERED by the court, *sua sponte,* that a writ of habeas corpus be, and hereby is, allowed.
 IT IS FURTHER ORDERED by the court that respondent file a return of the writ within twenty days of service of the petition, and petitioner may file a response within ten days of filing of the return.
 IT IS FURTHER ORDERED by the court, *sua sponte,* that this cause be consolidated with Supreme Court case No. 98–2694, *State ex rel. Bray v. Russell.*

**99–281.  Tandon v. Tandon.**
Jefferson App. No. 98JE41.  On motion for stay of court of appeals' judgment.  Motion denied.
 DOUGLAS and RESNICK, JJ., dissent.

**99–513.  State v. Howard.**
Cuyahoga App. No. 75526.  On motion for leave to file delayed appeal.  Motion denied.
 MOYER, C.J., and PFEIFER, J., dissent.

**99–530.  State v. Johnson.**
Richland App. No. 98CA42.  On motion for leave to file delayed appeal.  Motion denied.
 PFEIFER and COOK, JJ., dissent.

**99–542.  White v. Konteh.**
Trumbull App. No. 99–T–0020.  This cause is pending before the court as an appeal from the Court of Appeals for Trumbull County.  Upon consideration of the joint motion to clarify court order/decision issued on April 15, 1999, and request for expedited ruling,
 The court declines to clarify its order.

**99–558.  State v. Marbury.**
Cuyahoga App. No. 74023.  On motion for leave to file delayed appeal.  Motion denied.

**99–562.  State v. Fortson.**
Cuyahoga App. No. 72229.  On motion for leave to file delayed appeal.  Motion granted.
 RESNICK and F.E. SWEENEY, JJ., dissent.

**99–605.  State v. Reynolds.**
Clermont App. No. CA98–01–006.  This cause is pending before the court as a discretionary appeal.  Upon consideration of appellant's motion for stay of the court of appeals' judgment,
 IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.
 MOYER, C.J., and RESNICK, J., dissent.

## DISCRETIONARY APPEALS ALLOWED

**98–497.  State v. Pilgrim.**
Pickaway App. Nos. 97CA2 and 97CA4.  *Sua sponte,* cause held for the decision in 98–1612, *State v. Hughes,* Stark App. No. 97CA0356; briefing schedule stayed.